JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAYNE, | Case No. CV 10-9912 CJC (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| E.K. McDANIEL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: October 19, 2011

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE